# First District Court of Appeal
## State of Florida

_____

No. 1D2024-0250
_____

TRAVIS D. SMITH,

   Petitioner,

v.

RICKY D. DIXON, Secretary,
Florida Department of
Corrections,

   Respondent.

_____

Petition for Writ of Habeas Corpus—Original Jurisdiction.


December 4, 2024


PER CURIAM.

   DISMISSED. *See Baker v. State*, 878 So. 2d 1236 (Fla. 2004).

LEWIS, ROBERTS, and TANENBAUM, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Travis D. Smith, pro se, Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.